IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

MICHAEL ALAN & LARISSA KAYE HALE         CASE NO. 11-13374 NLJ

        Debtor(s).

_____

NOTICE OF INTENT NOT TO PAY CLAIM AS SECURED CLAIM
_____

TO:

HSBC BANK USA
% LITTON LOAN SERVICING
PO BOX 4387
HOUSTON, TX 77210-4387                  ACCOUNT NO.  9355


    YOU FILED A PROOF OF CLAIM ASSERTING A SECURED CLAIM IN THE
ABOVE-REFERENCED CASE IN THE AMOUNT OF        46,525.63  ON
Jul 24, 2011.  PLEASE TAKE NOTICE THAT THE TRUSTEE WILL NOT PAY
YOUR CLAIM AS FILED BECAUSE IT IS NOT PROVIDED FOR AS A SECURED
CLAIM IN THE FILED CHAPTER 13 PLAN.

    UNLESS AN ORDER IS ENTERED PROVIDING FOR PAYMENT OF YOUR CLAIM
AS A SECURED CLAIM, YOUR CLAIM WILL BE TREATED AS AN UNSECURED CLAIM
FOR DISTRIBUTION PURPOSES UNDER THE CHAPTER 13 PLAN.  IF YOU DISAGREE
WITH THE TREATMENT OF YOUR CLAIM IN ACCORDANCE WITH THIS NOTICE, YOU
MUST TAKE LEGAL ACTION TO OBTAIN AN ORDER PROVIDING FOR PAYMENT OF
YOUR CLAIM AS A SECURED CLAIM.


                        /s/ John T. Hardeman
                        _____
                        CHAPTER 13 TRUSTEE
                        P.O. BOX 1948
                        OKLAHOMA CITY, OK 73101
                        (405)236-4843


                    CERTIFICATE OF MAILING

    THIS IS TO CERTIFY THAT ON 08/02/2011 A TRUE AND CORRECT COPY OF

THE FOREGOING DOCUMENT WAS MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID,

TO ALL PARTIES LISTED ON THE ATTACHED ADDRESS LIST.

                        /s/ John T. Hardeman
                        _____
                        CHAPTER 13 TRUSTEE
                                            #701/VH