IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

    Michael Alan Hale      Case No. 11-13374
    Larissa Kaye Hale      Chapter 13
                   Debtors

**MOTION TO MODIFY CHAPTER 13 PLAN
and FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,
NOTICE OF OPPORTUNITY FOR HEARING,
<u>WITH BRIEF COMBINED</u>**

    COMES NOW the above named Debtors and move the Court, pursuant to Title 11 U.S.C. Section 1329, for the issuance of its Order modifying the Confirmed Chapter 13 plan in the following particulars, to-wit:

1. To suspend Debtors' January, 2014 plan payment.
2. To provide that Debtors are deemed current on plan payments through January 31, 2014.
3. To increase Debtors' plan payment to $3,550.00 per month beginning February, 2014.
4. To provide that payments on secured claims shall be adjusted prorata while administrative claims are being paid.
5. To provide that Debtors' attorney shall be allowed $500.00 in attorney fees, $2.94 in postage expenses, and $4.80 copy costs, totaling $507.74, without the necessity of submitting time and expense records, which shall be an administrative claim in this case and shall be paid at the rate of $75.00 per month.

    WHEREFORE, Debtors pray for the requested modifications.

                                                   Respectfully submitted,

                                                   /s/ Kenneth C. McCoy
                                                 Kenneth C. McCoy, OBA#5926
                                               8265 South Walker
                                               Oklahoma City, OK 73139
                                               (405) 631-0981
                                               Attorney for Debtors       11-0032

**<u>NOTICE OF OPPORTUNITY FOR HEARING AND TIME FOR RESPONSE</u>**:
**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written Response or Objection to the requested relief with the Clerk of the United States Bankruptcy Court For The Western District Of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City,

Oklahoma, 73102, no later than twenty-one (21) days from the date of the filing of this request for relief. You should also serve a file-stamped copy of your Response or Objection to the above signed attorney for the Debtor(s) (and others who are required to be served) and file a Certificate Of Service with the Court. If no Response or Objection is timely filed, the Court may grant the requested relief without a hearing or further notice.
**The time period for the filing of your Response or Objection above set forth includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date of its filing a true and correct copy of this pleading was:

1. Electronically transmitted to the following listed parties by the Court's CM/ECF electronic noticing system:

   - Pat Brown     patnotices@mikeloyd.com
   - Julie M Ezell     bankruptcy@tax.ok.gov
   - John T. Hardeman     13trustee@chp13okc.com, trustee@chp13okc.com
   - Joe M Lozano     notice@bkcylaw.com
   - Kenneth Clay McCoy     kmccoy_aba@yahoo.com
   - L Ruschenberg     trustee@chp13okc.com, 13trustee@chp13okc.com
   - U.S. Trustee     Ustpregion20.oc.ecf@usdoj.gov

2. Mailed with proper postage prepaid thereon to the following:

   Mike & Larissa Hale
   833 N. Hiwassee Rd.
   Choctaw, OK   73020

   Texas Guaranteed Student Loan Corp
   Attn: Bankruptcy
   PO BOX 83100
   Round Rock, TX 78683

   Jefferson Capital Systems LLC
   PO BOX 7999
   ST CLOUD, MN 56302-9617

   GE Capital Retail Bank
   c/o Recovery Management Systems
   Corporat
   25 SE 2nd Avenue, Suite 1120
   Miami, FL 33131-1605

   National Capital Management, LLC
   8245 Tournament Dr, Ste 230
   Memphis, TN 38125

   Ocwen Loan Servicing, LLC
   1661 Worthington Road
   Suite #100
   WEST PALM BEACH, FL 33409

   /s/ Kenneth C. McCoy
   Kenneth C. McCoy, OBA #5926
   Attorney for Debtors          11-0032